IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* CHRISTOPHER SEAN CPSHAW, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN K. WHITE, M.D., *et. al.*, <br><br> Defendants. | Civil Action No. 3:12-CV-04457-N |

NOTICE OF APPEARANCE

Plaintiff United States of America (USA), by and through the United States Attorney for the Northern District of Texas, respectfully advises the Court, relators, and defendants that Lindsey Beran, Assistant United States Attorney, Northern District of Texas, hereby enters her appearance as counsel for the USA, and requests that she be served with copies of all notices and pleadings in this case.

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

  s/ *Lindsey Beran*
LINDSEY BERAN
Assistant United States Attorney
Texas Bar No. 24051767
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8600
Facsimile:   214-659-8807
Email:  lindsey.beran@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2015, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the Electronic Case Filing System of the Court. I hereby certify that I have served all counsel and parties of record electronically or by another manner authorized by Federal Rule of Procedure 5(b)(2).

    s/ *Lindsey Beran*
    LINDSEY BERAN
    Assistant United States Attorney